The People of the State of New York, Respondent, v Christopher A. Carter, Jr., Appellant. [53 NYS3d 849]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered November 2, 2011. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the first degree (Penal Law § 160.15 [4]). Contrary to defendant's contention, County Court's plea colloquy and the written waiver of the right to appeal establish that defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see generally*

*People v Bradshaw*, 18 NY3d 257, 264-265 [2011]; *People v Kesick*, 119 AD3d 1371, 1372 [2014]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]). Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.